IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHELLY MILLS,

    Plaintiff,

vs.                                        CASE NO.: 4:05cv86-SPM/AK

J. H. HARVEY COMPANY,
a foreign company doing
business in Florida,

    Defendant.
_____/

## ORDER REMANDING CASE

Pursuant to the parties's Joint Motion to Remand (doc. 5), in which the Defendant concedes lack of federal jurisdiction because the case does not meet the amount in controversy requirement, it is

ORDERED AND ADJUDGED:

1.     The Joint Motion to Remand (doc. 5) is granted.

2.     This case is remanded to the Circuit Court, Second Judicial Circuit, in and for Gadsden County, Florida.

DONE AND ORDERED this 10th day of May, 2005.

            *s/ Stephan P. Mickle*
            Stephan P. Mickle
            United States District Judge